UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| CURTIS LAVON FOGG, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1951 |
| Defendant. | : | (Interference with Interstate Commerce By Robbery) |
| | : | 18 U.S.C. § 924(c)(1)(A) |
| Case: 1:14-cr-00193 | : | (Using, Carrying, Possessing a Firearm During a Crime of Violence) |
| Assigned To : Friedman, Paul L. | : | |
| Assign. Date : 9/18/2014 | : | |
| Description: INDICTMENT (B) | : | FORFEITURE: 18 U.S.C. § 981(a)(1)(C); 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461 |

### INDICTMENT

**FILED**

The Grand Jury charges that:

**SEP 18 2014**

### COUNT ONE

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

On or about August 30, 2014, in the District of Columbia, the defendant, **CURTIS LAVON FOGG**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant **CURTIS LAVON FOGG**, did unlawfully take and obtain personal property consisting of U.S. currency belonging to the Subway Restaurant located at 2861 Alabama Avenue, SE, Washington D.C., from the presence of an

employee against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while the employee was engaged in commercial activities as an employee of Subway Restaurant, a business that was engaged in and that affects interstate commerce.

> **(Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

On or about August 30, 2014, within the District of Columbia, defendant **CURTIS LAVON FOGG** did unlawfully and knowingly use, carry, and brandish, during and in relation to, and possess a firearm in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Interference with Interstate Commerce by Robbery, as alleged in Count One of this Indictment.

> **(Using, Carrying, and Possessing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The property subject to forfeiture includes a forfeiture money judgment equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. Upon conviction of the offense alleged in Count Two, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing

commission of the offense.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461)

A TRUE BILL:


FOREPERSON

*Ronald C. Machen Jr.* /aly
Attorney of the United States in
and for the District of Columbia